UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE: Laurie LaRosa

DEBTOR(S)

CASE NUMBER: 13-05874-jw
CHAPTER: 13

DEBTOR'S STATEMENT IN SUPPORT OF CONFIRMATION

In connection with the plan dated 10-15-13, the debtor(s) hereby state that they understand the following:

(1) The obligations set forth in the plan, including the amount, method, and timing of payments made to the trustee and/or directly to creditors;

(2) The consequences of any default under the plan including the direct payments to creditors; and

(3) That debtor(s) may not agree to sell property, or sell property, employ professionals, or incur debt (including modification of debt) during the term of the plan without the advance authorization of the Bankruptcy Court.

Date: 10/9/2013         By: /s/ Laurie La Rosa
                            Debtor

Date: _____            By: _____
                            Debtor