UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 13 |
| Laurie A. LaRosa, | ) | Bky. No. 13-05876-jw |
| | **)** | |
| Debtor(s). | ) | |
| _____ | ) | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

The Chapter 13 Trustee hereby objects to confirmation of the Debtor's plan as currently filed on the grounds that it appears that the plan is not feasible pursuant to 11 U.S.C. § 1325(a)(6).

WHEREFORE, the Trustee prays that the Court deny confirmation of Debtor's plan as currently filed, and grant such other and further relief as may be just and proper.

/s/Lydia A. Eloff
Lydia A. Eloff
District Court ID #2563
Attorney for William K. Stephenson, Jr.,
Chapter 13 Trustee
P.O. Box 8477
Columbia, SC 29202
(803) 254-2985

Dated: November 22, 2013

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:                                )
                                      )     Chapter 13
Laurie A. LaRosa,                     )     Case No. 13-05876-jw
                                      )
         Debtor(s).                   )     CERTIFICATE OF SERVICE
_____          )

I, Lydia A. Eloff, hereby certify that I am an employee of the Chapter 13 Trustee Office, and that a copy of the **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** was served upon the attorney for the Debtor(s) and on the Debtor(s) in the above case, by placing copies of the same in the United States Postal Service mail, first class, postage prepaid, on November 22, 2013, at Columbia, South Carolina, addressed as follows:

Laurie A. LaRosa
701 Seton Road
Columbia SC  29212

J. Steven Huggins, Esquire
816 Elmwood Ave.
Columbia SC  29201

/s/Lydia A. Eloff
Lydia A. Eloff
District Court ID #2563
Attorney for William K. Stephenson, Jr.,
Chapter 13 Trustee
P.O. Box 8477
Columbia, SC 29202
(803) 254-2985