UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: LAURIE A. LAROSA | CASE NO: 13-05876<br>CHAPTER: 13<br><br>DEBTOR'S STATEMENT<br>IN SUPPORT OF CONFIRMATION |
| DEBTOR(S) | |

  In connection with the plan dated __12/27/13__ the debtor(s) hereby state that they understand the following:

  (1) The obligations set forth in the plan, including the amount, method, and timing of payments made to the trustee and/or directly to creditors;

  (2) The consequences of any default under the plan including the direct payments to creditors; and

  (3) That debtor(s) may not agree to sell property, or sell property, employ professionals, or incur debt (including modification of debt) during the term of the plan without the advance authorization of the Bankruptcy Court.

Date __12/19/13__          /s/ Laurie A. LaRosa
                  Debtor