**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

Case Number: 13-05876/W/3

WAGE ORDER

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby **ORDERED**.

_____

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br><br>**LAURIE A. LAROSA**<br>**701 SETON ROAD**<br>**COLUMBIA, SC 29212**<br><br><br><br>**Debtor**<br><br>**SSN: XXX-XX-2294** | CASE NO: 13-05876/W/3<br><br>(CHAPTER 13) |

**ORDER TO PAY TRUSTEE**

    Upon representation of the Trustee, or other interested party, the Court finds that the above -named Debtor has pending in this Court a proceeding for a Wage Earner's Plan under Chapter 13 of the Bankruptcy Code and pursuant to the provisions of said statute and of the Debtor's Plan, the Debtor has submitted all future earnings and wages to the exclusive jurisdiction of this Court for the purpose of consummating the Plan; and that under the provisions of Section 1325 (c) of the Bankruptcy Code, 11   U. S. C. Sec 1325(c), any entity from whom the Debtor receives income may be required, upon the Order of this Court, to pay over all or any part of such income to the Trustee and that such Order is necessary and proper, now therefore,
    IT IS SO ORDERED, that, until further Order of this Court, the following entity

    FIRST CHURCH OF THE NAZARENE
    ATTN PAYROLL DEPT
    901 ST ANDREWS ROAD
    COLUMBIA, SC 29210

| Debtor Name | Start Date | Monthly Payment Amount |
|---|---|---|
| LAURIE A. LAROSA | 11/03/2013 | 150.00 |

shall submit the sum of monies according to the above schedule (s) per month through payroll deduction in equal installments according to the number of pay periods in a given month;  and to deduct this amount until a letter is received from the Trustee, including any period for which the Debtor receives periodic, or lump sum payment for or on account of vacation, termination, disability, or other benefits and to forthwith remit the sums so deducted to the Trustee:

    **William K. Stephenson, Jr., Chapter 13 Trustee**
    **P. O. Box 280**
    **Memphis, TN 38101-0280**

    **IF YOU HAVE ANY QUESTIONS PLEASE CALL: (803) 254-2981.**

    IT IS FURTHER ORDERED that if the aforementioned entity is the employer of the Debtor, said entity shall notify the Trustee if the employment of said Debtor is terminated and the reason for such termination.
    IT IS FURTHER ORDERED, that is Order supercedes any previous orders, except previous Family Court support orders which shall continue in full force and effect.

February 04, 2014