## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

|  |  |
|---|---|
| Laurie A. LaRosa ) | Case No. 13-05876-jw |
| ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| Debtor. ) | |
| ) | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

The Debtor in this matter, by and through her undersigned counsel, answers the Motion To Modify Stay of US Bank NA, as Trustee of the Preston Ridge Partners Investments Trust (hereinafter referred to as "Movant") as follows:

1. Debtor denies all the allegations contained in Movant's Motion unless specifically admitted hereafter.

2. Debtor is informed and believes that Movant is adequately protected pursuant to the terms of the Chapter 13 Plan and should not be entitled to relief from the automatic stay.

3. The Debtor is behind on payments due on this loan, debtor request an agreement allowing time to catch up on payments.

WHEREFORE, the Debtor prays that the Motion be dismissed, that she be reimbursed his costs and attorney's fees associated with the defense of this Motion, and for such other and further relief as this Court may deem just and proper.

                Respectfully submitted.

                MOSS & ASSOCIATES, ATTORNEYS P.A.
                By:  /s / Jason T. Moss
                      Jason T. Moss
                      Federal I.D. No 7240
                      816 Elmwood Avenue
                      Columbia, South Carolina 29201
                      (803) 933-0202
                      Attorney for the Debtor

Columbia, South Carolina
May 5, 2015

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Laurie A. LaRosa | ) Case No. 13-05876-jw |
| | ) Chapter 13 |
| Debtor. | ) |

## Certification of Facts

In the above-entitled proceeding, in which relief is sought by US Bank NA, as Trustee of the Preston Ridge Partners Investments Trust from the automatic stay provided by 11 U.S.C. § 362, I do hereby certify to the best of my knowledge the following :.

1. Nature of Movant's Interest:

    Secured

2. Brief Description of Security Agreement:

    See Note and Mortgage Attached to Movant's Motion.

3. Description of Property Encumbered by Stay:

    701 Seton Rd. Columbia, SC 29212

4. Basis for Relief.

    None. Movant is adequately protected under the terms of the Chapter 13 Plan.

5. Prior Adjudication by Others Courts, copy attached
    N/A

6. Valuation of Property, copy of Valuation attached:

    Fair Market Value    $95,000.00
    Liens                $71,167.00

    Basis for Valuation  Tax Appraisal

    Net Equity           -0-

7. Amount of Debtor's Estimated Equity:    -0-

8. Month and Year in which First Direct Post-petition Payment Came Due to Movant:

9. (A) for Movant/Lienholder: List or attach a list of all post petition payments received directly from debtor(s), clearly showing date received, amount, and month and year for which each such payment was applied:   N/A

(B) For Objecting Party: List or attach a list of all post-petition payments included in the Movants list form (a) above which objection party disputes as having been made.   Attach written proof of such payment(s) or a statement as to why such proof is not  available at the time of filing this objection.

10.	Month and Year for Which Post-petition Account of Debtor(s) is Due as of the Date of this Motion.

MOSS & ASSOCIATES, P.A.

By:/s/ Jason T. Moss
Jason T. Moss
Federal I.D. No 7240
816 Elmwood Avenue
Columbia, South Carolina 29201
(803) 933-0202
Attorney for the Debtor

Columbia, South Carolina

May 5, 2015

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

|  |  |
|---|---|
| Laurie A. LaRosa ) <br> ) <br> ) <br> ) <br> ) <br> Debtor.  ) <br> _____) | Case No. 13-05876-jw <br><br> Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on today's date, I served, on the persons and addresses below, by First Class Mail, postage prepaid, Debtor's Answer to Motion for Relief of Stay and Debtor's Certification of Facts.

Travis E. Menk, Esq.
5121 Parkway Plaza Blvd. Ste 300
Charlotte, NC 29212
Attorney for Movant

William K. Stephenson
PO Box 8477
Columbia, SC 29202
Chapter 13 Trustee

                                      MOSS & ASSOCIATES, P.A.

                                      By:    /s/Stanley Rouse
                                              Stanley Rouse
                                              816 Elmwood Avenue
                                              Columbia, South Carolina 29201
                                              (803) 933-0202
                                              stanley@mossattorneys.com

Columbia, South Carolina

May 5, 2015